| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Dwight Eric Holmes** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number (if known) | 17-12144-JKS | | |

☐ Check if this is an amended filing

*U.S. BANKRUPTCY COURT FILED NEWARK, NJ 2017 MAY 12 P 1: 53 JEANNE A. NAUGHTON BY: [signature] DEPUTY CLERK*

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Dwight Eric Holmes                            X _____
Signature of Debtor 1                                    Signature of Debtor 2

Date  **May 9, 2017**                                   Date _____

# JAMES H. WOLFE, III

339 MAIN STREET, SUITE 2B
ORANGE, NJ 07050
TELEPHONE 973-672-8900
Fax: 973-672-8903

Our File No.

May 9, 2017

Clerk
U.S. Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

RE: Dwight Eric Holmes
Case No:17-12144-JKS

Dear Sir/Madam:

Enclosed herein please find the following documents with reference to the above captioned matter:

| | |
|---|---|
| [ ] CHAPTER 13 PETITION | [ ] REQUEST FOR DEFAULT |
| [ ] NOTICE TO CREDITOR | [ ] RELEASE |
| [ ] FINANCIAL CERTIFICATE | [ ] AFFIDAVIT OF SERVICE |
| [ ] COUNSELING CERTIFICATE | [ ] SUMMONS |
| [ ] AMENDMENT TO PETITION | [ ] CONSENT ORDER |
| [XX] DECLARATION OF SCHEDULES | [ ] WARRANT OF SATISFACTION |
| [ ] INTERROGATORIES | [ ] JUDGMENT |
| [ ] AMENDED SCHEDULE F | [ ] PROOF OF CLAIM |
| | [ ] CHECK TO COVER COSTS |
| [XX] RETURN ENVELOPE | [ ] DEBTOR'S DECLARATION OF SCHEDULES |

OTHER_____

With respect to the matter would you kindly,
[ ] FILE
[ ] RETURN CONFORMED COPY MARKED "FILED" IN ENVELOPE

[XX] FILE AND RETURN COPY MARKED "FILED" IN ENVELOPE
[ ] FOR YOUR FILE
[ ] DIARY RETURN DATE OF ORAL DEPOSITIONS

Very truly yours,

_____
JAMES H. WOLFE, III

Enclosure:
JHW:JS