JAMES H WOLFE III
339 MAIN ST STE 2B
ORANGE, NJ  07050

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017**
Chapter 13 Case # 17-12144

Re:  DWIGHT ERIC HOLMES                                     Atty:  JAMES H WOLFE III
     376 HAWTHORNE STREET                                          339 MAIN ST STE 2B
     ORANGE,  NJ  07050                                            ORANGE, NJ  07050

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $58,980.00**

## RECEIPTS AS OF 12/31/2017    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/28/2017 | $983.00 | 24313533445 | 03/29/2017 | $983.00 | 3831901000 - |
| 05/01/2017 | $983.00 | 3924333000 - | 06/02/2017 | $983.00 | 4009616000 - |
| 07/05/2017 | $983.00 | 4101561000 - | 07/27/2017 | $983.00 | 4154500000 - |
| 09/05/2017 | $983.00 | 4258900000 - | 10/03/2017 | $983.00 | 4334098000 - |
| 11/02/2017 | $983.00 | 4411646000 - | 12/04/2017 | $983.00 | 4491664000 - |
| 12/26/2017 | $983.00 | 4540535000 - | | | |

**Total Receipts: $10,813.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $10,813.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MTGLQ INVESTORS LP | | | | | | |
| | 06/19/2017 | $2,775.00 | 781,932 | 07/17/2017 | $925.00 | 783,911 |
| | 08/14/2017 | $925.00 | 785,696 | 09/25/2017 | $925.00 | 787,626 |
| | 10/16/2017 | $963.34 | 789,462 | 11/20/2017 | $925.00 | 791,200 |
| | 12/18/2017 | $925.00 | 793,122 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 599.66 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | MTGLQ INVESTORS LP | MORTGAGE ARRE | 56,293.88 | 100.00% | 8,363.34 | |
| 0004 | AMERICAN INFOSOURCE LP | UNSECURED | 66.53 | * | 0.00 | |

Total Paid: **$8,963.00**
See Summary

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $10,813.00      -   Paid to Claims: $8,363.34      -   Admin Costs Paid: $599.66      =   Funds on Hand: $1,850.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.