JAMES H WOLFE III
339 MAIN ST STE 2B
ORANGE, NJ  07050

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 17-12144

| Re: | DWIGHT ERIC HOLMES | Atty: | JAMES H WOLFE III |
|---|---|---|---|
|  | 376 HAWTHORNE STREET |  | 339 MAIN ST STE 2B |
|  | ORANGE, NJ  07050 |  | ORANGE, NJ  07050 |

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $62,018.00**

## RECEIPTS AS OF 12/31/2018   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/28/2017 | $983.00 | 24313533445 | 03/29/2017 | $983.00 | 3831901000 - |
| 05/01/2017 | $983.00 | 3924333000 - | 06/02/2017 | $983.00 | 4009616000 - |
| 07/05/2017 | $983.00 | 4101561000 - | 07/27/2017 | $983.00 | 4154500000 - |
| 09/05/2017 | $983.00 | 4258900000 - | 10/03/2017 | $983.00 | 4334098000 - |
| 11/02/2017 | $983.00 | 4411646000 - | 12/04/2017 | $983.00 | 4491664000 - |
| 12/26/2017 | $983.00 | 4540535000 - | 02/02/2018 | $983.00 | 4639072000 - |
| 03/05/2018 | $1,045.00 | 4728122000 - | 04/02/2018 | $1,045.00 | 4801445000 |
| 05/02/2018 | $1,045.00 | 4880997000 | 06/04/2018 | $1,045.00 | 4965699000 |
| 07/03/2018 | $1,045.00 | 5042934000 | 08/02/2018 | $1,045.00 | 5119701000 |
| 09/04/2018 | $1,045.00 | 5206853000 | 10/01/2018 | $1,045.00 | 5273510000 |
| 11/01/2018 | $1,045.00 | 5357537000 | 12/03/2018 | $1,045.00 | 5436889000 |

**Total Receipts: $22,246.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $22,246.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MTGLQ INVESTORS LP |  |  |  |  |  |  |
|  | 06/19/2017 | $2,775.00 | 781,932 | 07/17/2017 | $925.00 | 783,911 |
|  | 08/14/2017 | $925.00 | 785,696 | 09/25/2017 | $925.00 | 787,626 |
|  | 10/16/2017 | $963.34 | 789,462 | 11/20/2017 | $925.00 | 791,200 |
|  | 12/18/2017 | $925.00 | 793,122 | 01/22/2018 | $925.00 | 794,950 |
|  | 02/20/2018 | $925.00 | 796,858 | 03/19/2018 | $925.00 | 798,697 |
|  | 04/16/2018 | $983.34 | 800,548 | 05/14/2018 | $988.57 | 802,461 |
|  | 06/18/2018 | $988.57 | 804,391 | 07/16/2018 | $988.57 | 806,363 |
|  | 08/20/2018 | $988.57 | 808,295 | 09/17/2018 | $1,013.65 | 810,248 |
|  | 10/22/2018 | $1,013.65 | 812,184 | 11/19/2018 | $985.44 | 814,110 |
|  | 12/17/2018 | $985.44 | 815,997 |  |  |  |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 1,245.98 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 17-12144**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0002 | US BANK TRUST NATIONAL ASSOC | MORTGAGE ARRE | 56,293.88 | 100.00% | 21,059.58 | |
| 0004 | AMERICAN INFOSOURCE LP | UNSECURED | 66.53 | * | 0.00 | |

**Total Paid: $22,305.56**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $22,246.00    -    Paid to Claims: $21,059.58    -    Admin Costs Paid: $1,245.98    =    Funds on Hand: $985.44

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.