JAMES H WOLFE III
339 MAIN ST STE 2B
ORANGE, NJ  07050

Re:  DWIGHT ERIC HOLMES　　　　　　　　　　　Atty:  JAMES H WOLFE III
　　　376 HAWTHORNE STREET　　　　　　　　　　　　　　339 MAIN ST STE 2B
　　　ORANGE,  NJ  07050　　　　　　　　　　　　　　　　ORANGE, NJ  07050

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 17-12144

NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $62,018.00

### RECEIPTS AS OF 01/15/2021 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/28/2017 | $983.00 | 24313533445 | 03/29/2017 | $983.00 | 3831901000 - |
| 05/01/2017 | $983.00 | 3924333000 - | 06/02/2017 | $983.00 | 4009616000 - |
| 07/05/2017 | $983.00 | 4101561000 - | 07/27/2017 | $983.00 | 4154500000 - |
| 09/05/2017 | $983.00 | 4258900000 - | 10/03/2017 | $983.00 | 4334098000 - |
| 11/02/2017 | $983.00 | 4411646000 - | 12/04/2017 | $983.00 | 4491664000 - |
| 12/26/2017 | $983.00 | 4540535000 - | 02/02/2018 | $983.00 | 4639072000 - |
| 03/05/2018 | $1,045.00 | 4728122000 - | 04/02/2018 | $1,045.00 | 4801445000 |
| 05/02/2018 | $1,045.00 | 4880997000 | 06/04/2018 | $1,045.00 | 4965699000 |
| 07/03/2018 | $1,045.00 | 5042934000 | 08/02/2018 | $1,045.00 | 5119701000 |
| 09/04/2018 | $1,045.00 | 5206853000 | 10/01/2018 | $1,045.00 | 5273510000 |
| 11/01/2018 | $1,045.00 | 5357537000 | 12/03/2018 | $1,045.00 | 5436889000 |
| 01/03/2019 | $1,045.00 | 5513013000 | 02/04/2019 | $1,045.00 | 5596726000 |
| 03/04/2019 | $1,045.00 | 5673615000 | 04/02/2019 | $1,045.00 | 5750835000 |
| 05/02/2019 | $1,045.00 | 5828299000 | 06/03/2019 | $1,045.00 | 5911011000 |
| 07/03/2019 | $1,045.00 | 5990703000 | 08/01/2019 | $1,045.00 | 6060339000 |
| 09/03/2019 | $1,045.00 | 6142880000 | 10/04/2019 | $1,045.00 | 6229838000 |
| 11/04/2019 | $1,045.00 | 6305424000 | 12/02/2019 | $1,045.00 | 6374430000 |
| 01/02/2020 | $1,045.00 | 6446860000 | 02/03/2020 | $1,045.00 | 6528658000 |
| 03/02/2020 | $1,045.00 | 6605479000 | 04/02/2020 | $1,045.00 | 6681408000 |
| 05/04/2020 | $1,045.00 | 6759996000 | 06/02/2020 | $1,045.00 | 6833992000 |
| 07/01/2020 | $1,045.00 | 6904144000 | 08/03/2020 | $1,045.00 | 6984619000 |
| 09/01/2020 | $1,045.00 | 7051478000 | 10/05/2020 | $1,045.00 | 7134804000 |
| 11/02/2020 | $1,045.00 | 7203756000 | 12/02/2020 | $1,045.00 | 7276489000 |
| 01/04/2021 | $1,045.00 | 7352284000 | | | |

Total Receipts: $48,371.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $48,371.00

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MTGLQ INVESTORS LP | 06/19/2017 | $2,775.00 | 781,932 | 07/17/2017 | $925.00 | 783,911 |

**Chapter 13 Case # 17-12144**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 08/14/2017 | $925.00 | 785,696 | 09/25/2017 | $925.00 | 787,626 |
| | 10/16/2017 | $963.34 | 789,462 | 11/20/2017 | $925.00 | 791,200 |
| | 12/18/2017 | $925.00 | 793,122 | 01/22/2018 | $925.00 | 794,950 |
| | 02/20/2018 | $925.00 | 796,858 | 03/19/2018 | $925.00 | 798,697 |
| | 04/16/2018 | $983.34 | 800,548 | 05/14/2018 | $988.57 | 802,461 |
| | 06/18/2018 | $988.57 | 804,391 | 07/16/2018 | $988.57 | 806,363 |
| | 08/20/2018 | $988.57 | 808,295 | 09/17/2018 | $1,013.65 | 810,248 |
| | 10/22/2018 | $1,013.65 | 812,184 | 11/19/2018 | $985.44 | 814,110 |
| | 12/17/2018 | $985.44 | 815,997 | | | |
| US BANK TRUST NA | | | | | | |
| | 05/18/2020 | $940.50 | 848,471 | 06/15/2020 | $940.50 | 850,151 |
| | 07/20/2020 | $966.62 | 851,909 | 08/17/2020 | $966.62 | 853,795 |
| | 09/21/2020 | $966.62 | 855,567 | 10/19/2020 | $966.62 | 857,473 |
| | 11/16/2020 | $966.62 | 859,272 | 12/21/2020 | $966.62 | 861,049 |
| | 01/11/2021 | $966.62 | 862,918 | | | |
| US BANK TRUST NATIONAL ASSOC | | | | | | |
| | 01/14/2019 | $985.44 | 816,903 | 02/11/2019 | $985.44 | 818,805 |
| | 03/18/2019 | $985.44 | 820,726 | 04/15/2019 | $985.44 | 822,773 |
| | 05/20/2019 | $985.44 | 824,742 | 06/17/2019 | $1,003.20 | 826,815 |
| | 07/15/2019 | $1,003.20 | 828,681 | 08/19/2019 | $1,003.20 | 830,550 |
| | 09/16/2019 | $1,003.20 | 832,640 | 10/21/2019 | $1,029.32 | 834,595 |
| | 11/18/2019 | $990.66 | 836,717 | 12/16/2019 | $990.66 | 838,659 |
| | 01/13/2020 | $990.66 | 840,542 | 02/10/2020 | $990.66 | 842,424 |
| | 03/16/2020 | $990.66 | 844,292 | 04/20/2020 | $990.66 | 846,243 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,769.62 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | US BANK TRUST NA | MORTGAGE ARRE | 56,293.88 | 100.00% | 44,634.76 | |
| 0004 | AMERICAN INFOSOURCE LP | UNSECURED | 66.53 | * | 0.00 | |

**Total Paid: $47,404.38**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $48,371.00    -    Paid to Claims: $44,634.76    -    Admin Costs Paid: $2,769.62    =    Funds on Hand: $966.62

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.