FILED
JEANNE A. NAUGHTON, CLERK
FEB 2 2022
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

2022 FEB -2 P 12: 19

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Dwight Eric Holmes

Case No.: 17-12144-JKS
Chapter: 13
Judge: John K. Sherwood

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Dwight Eric Holmes, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. [X] I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 1/13/2022                    _____
                                    Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2022 FEB -3  A 9:51